**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
<u>ROOD, PATRICK A.</u>

Case No.: <u>18-11344</u>  
Chapter 7  
Judge: Jerrold N. Poslusny, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on November 20, 2018 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C  (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| **Description of property** | **FMV** | **Liens on property** | **Amount of equity claimed as exempt** |
|---|---|---|---|
| 226 CHESTNUT ST., WESTVILLE, NJ 08093 | $123,967.00 | $125,286.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:           /s/ Thomas J. Subranni  
Address:        1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

```
                         United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-11344-JNP
Patrick A. Rood                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Oct 16, 2018
                              Form ID: pdf905          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             +Patrick A. Rood,    226 Chestnut St.,    Westville, NJ 08093-1305
517291097      +Anke Vanderburgh,    226 Chestnut St.,    Westville, NJ 08093-1305
517291098      +Borough of Westville,    Tax Office,    165 Broadway,    Westville, NJ 08093-1148
517291101      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517291102      +Experian,   PO Box 4500,    Allen, TX 75013-1311
517291095      +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517291104      +Kay Jewelers/genesis,    Po Box 4485,    Beaverton, OR 97076-4485
517424990      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
517291106      +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
517291107      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517291108      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2018 00:37:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2018 00:37:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2018 00:36:18     Ally Capital,
                 serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN   55113-0004
cr              E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2018 00:36:18     Ally Financial,
                 PO Box 130424,    Roseville, MN   55113-0004
517325198       E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2018 00:36:18     Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517291096      +E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2018 00:36:18     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517291099      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 00:42:51      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517291100      +E-mail/PDF: pa_dc_ed@navient.com Oct 17 2018 00:42:32     Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517291103      +E-mail/Text: cio.bncmail@irs.gov Oct 17 2018 00:36:32     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517386450      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2018 00:37:10     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517410181       E-mail/PDF: pa_dc_claims@navient.com Oct 17 2018 00:42:56
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517291105       E-mail/Text: clientinformation@procollect.com Oct 17 2018 00:36:16     Pro Collect, Inc,
                 12170 N. Abrams Rd, Ste 100,    Dallas, TX 75243
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517410182*      Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Oct 16, 2018
                               Form ID: pdf905            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   RoundPoint Mortgage Servicing Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Rebecca Ann Solarz   on behalf of Creditor   RoundPoint Mortgage Servicing Corporation
           rsolarz@kmllawgroup.com
          Thomas G. Egner   on behalf of Debtor Patrick A. Rood tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com
          Thomas J Subranni   on behalf of Trustee Thomas J Subranni trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          Thomas J Subranni    trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                TOTAL: 9